# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. JODI BECHTOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-15-065-RAW |
| | ) | |
| 1. EASTAR HEALTH SYSTEM, | ) | |
| d/b/a MUSKOGEE REGIONAL | ) | |
| MEDICAL CENTER, LLC, | ) | |
| and | ) | |
| 2. CAPELLA HEALTHCARE INC., | ) | |
| d/b/a MUSKOGEE REGIONAL | ) | |
| MEDICAL CENTER, | ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendants. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, the Plaintiff, Jodi Bechtold, hereby stipulates with the Defendants, Eastar Health System, d/b/a Muskogee Regional Medical Center, LLC and Capella Healthcare Inc., d/b/a Muskogee Regional Medical Center, that her claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and fees.

Respectfully submitted this 23rd day of July, 2015.

| | |
|---|---|
| s/ Jana B. Leonard | s/ Mark W. Peters |
| Jana B. Leonard, OBA #17844 | Mark W. Peters, TN# 18422 |
| Emily Van Volkinburg, OBA #31744 | Heath H. Edwards, Ga. Bar # 258068 |
| LEONARD & ASSOCIATES, P.L.L.C. | *Court Admission Pending* |
| 8265 S. Walker | WALLER LANSDEN DORTCH & |
| Oklahoma City, OK 73139 | DAVIS, L.L.P. |
| Telephone: (405) 239-3800 | 511 Union Street, Suite 2700 |
| Facsimile: (405) 239-3801 | Nashville, TN 37219-8966 |
| leonardjb@leonardlaw.net | Telephone:   (615) 244-6380 |
| emilyv@leonardlaw.net | Facsimile:   (615) |
| | mark.peters@wallerlaw.com |

|  |  |
|---|---|
| *Attorneys for Plaintiff* | heath.edwards@wallerlaw.com |
| | - and - |
| | Jessica Craft, OBA #31126<br>**HOLDEN & CARR**<br>210 Park Avenue, Suite 1140<br>Oklahoma City, OK 73102<br>(405) 813-8888<br>(405) 813-8889 (facsimile)<br>JessicaCraft@holdenlitigation.com<br>*Attorneys for Defendants* |